G.W. DELANEY; Phyllis Delaney, Appellants,

v.

Gary ASHCRAFT, Chief of Police in his official & individual capacities, Appellee,

Rebecca Reid, Nurse, in her official and individual capacities; Triad Hospital, Inc., Defendants,

Larry Sanders, Sheriff, in his official & individual capacities; Robert Jester, Chief of Police Mt. Pine, AR in his official and individual capacities; City of Hot Springs, Arkansas; City of Mountain Pine, Arkansas; Michael Smith, in his official and individual capacities; Paul Norris, Detective in his official and individual capacities; Steve Oliver, Prosecuting Atty., in his official and individual capacities; National Park Medical Center; Sentinel–Record Newspaper; Kindercare Learning Center; Connie Scott, in her official & individual capacities; Lucett Merworth; Shelia Steir; Debbie Ellsworth; Paulette Keith; Willie Perkins; Diane Browning; George Browning; Angela Browning; Berneita Sargent; Michael Burton; Claudia Burton; David Burton; Becky Miller, Court Clerk, Warren County, Kentucky, in her official and individual capacities; Shelia Warwick, Court Clerk, Warren County, Kentucky, in her official and individual capacities; Sonja Unknown, Court Clerk, Warren County, Kentucky, in her official and individual capacities; Cpl. Randall Titsworth, in his official and individual capacities; City of Bowling Green; Floyd Emerson, General Manager, Sentinel Record Newspaper; Randall Fale, CEO, Saint Joseph's Mercy Health Center; Faith Fields, Executive Director, Arkansas State Board of Nursing; Pat Goad, Warren County Circuit Clerk, Warren County, Kentucky, in her official and individual capacities; John Hall, Attorney, Arkansas; Olivia Hazel, Court Clerk, Warren County, Kentucky, in her official and individual capacities; Jerry Mabry, CEO, National Park Medical Center; Amy Hale Milliken, County Attorney, Warren County, Kentucky, in her official and individual capacities; Bill Waltrip, Chief of Police, Bowling Green, Kentucky; Arkansas Democrat–Gazette; Arkansas State Board of Nursing; Phil Kimbel; Knowledge Learning Corporation; Sisters of Mercy Health System; St. Joseph's Mercy Health Center, Appellees.

No. 07–2337.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 1, 2008.

Filed: Oct. 7, 2008.

Before MURPHY, BYE, and BENTON, Circuit Judges.

**116**

PER CURIAM.

G.W. Delaney and Phyllis Delaney (the Delaneys) appeal following the district court's [1] adverse grant of summary judgment to the last remaining defendants in their civil-rights lawsuit. We reject as meritless the Delaneys' various challenges to the district court's well-reasoned determination that there were no trialworthy issues on the constitutional, conspiracy, and state-law claims against Detective Paul Norris, *see Smith v. Insley's Inc.,* 499 F.3d 875, 879 (8th Cir.2007) (summary judgment standard of review); and the Delaneys have waived all other claims by not addressing them in their opening brief, *see K.D. v. County of Crow Wing,* 434 F.3d 1051, 1055 n. 4 (8th Cir.2006). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.